IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AARON S. MATTINGLY

    Plaintiff,

v.                                             CASE NO.  4:05cv179-RH/WCS

CHARLES RON CLARKE ENTERPRISES,
INC.,

    Defendant.

_____/

## ORDER FOR DISMISSAL

Pursuant to the parties' stipulation for dismissal with prejudice (document 16),

IT IS ORDERED:

The clerk shall enter judgment stating, "This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each side to bear its own costs and attorney's fees."  The clerk shall close the file.

SO ORDERED this 1st day of August, 2005.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge